FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 03 2012

JAMES N. HATTEN, CLERK
By: RBackuly, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MAYME HOLCOMBE and JOCK CHANDLER, | )<br>)<br>) |
| Plaintiffs, | ) No. 1:11-cv-02955-AT<br>) |
| v. | )<br>) STIPULATION AND ORDER |
| NOVO NORDISK, INC., | ) OF DISMISSAL WITH<br>) PREJUDICE |
| Defendant. | )<br>) |

In light of the recent decision of the Supreme Court in the matter *Michael Shane Christopher, et al. v. SmithKline Beecham Corporation, dba GlaxoSmithKline* ("GSK"), Supreme Court Docket No. 11-204, all Plaintiffs and Opt-Ins (collectively, "Plaintiffs") and Defendant Novo Nordisk Inc., ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that the above-captioned case and claims shall be unconditionally dismissed in their entirety, with prejudice and on the merits, without fees or costs to any party. In addition, the Parties stipulate and agree that Plaintiffs, solely through their Claims Administrator, will mail the notice attached as Exhibit A to all individuals who previously received the Court-approved notice.

## RESPECTFULLY STIPULATED, AGREED, AND CONSENTED BY:

Dated: June 28, 2012

**BARRETT & FARAHANY, LLP**

/s/ Amanda A. Farahany
Amanda A. Farahany
amanda@bf-llp.com
GA Bar No. 646135
1100 Peachtree Street, NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125

*Counsel for Plaintiffs*

Dated: June 28, 2012

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

/s/ David E. Gevertz
David E. Gevertz
GA Bar No. 292430
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326-1164
Phone: 678-406-8736
Fax: 678-406-8836
Email: dgevertz@bakerdonelson.com

**MORGAN, LEWIS & BOCKIUS, LLP**

Sam S. Shaulson (*pro hac vice*)
sshaulson@morganlewis.com
101 Park Avenue
New York, New York 10178-0600

Thomas A. Linthorst (*pro hac vice*)
tlinthorst@morganlewis.com
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6642
Facsimile: (609) 919-6701

*Counsel for Defendant*

## ORDER

IT IS SO ORDERED, this 3rd day of July, 2012

_____
Hon. Amy Totenberg
United States District Judge

## Exhibit A

## NOTICE OF DISMISSAL – Holcombe et al. v. Novo Nordisk Inc.

You previously received court-authorized notice in the case of *Holcombe et al. v. Novo Nordisk Inc.*, 11-CV-02995-AT (N.D. Ga.), an action filed against Novo Nordisk by two Plaintiffs seeking overtime pay and seeking to proceed as a collective action on behalf of Diabetes Care Specialists ("DCSs") and Endocrinology Diabetes Care Specialists ("EDCSs"). The notice provided you with information for returning a Consent to Join that action.

On June 18, 2012, the Supreme Court of the United States decided *Michael Shane Christopher, et al. v. SmithKline Beecham Corporation, dba GlaxoSmithKline* ("*GSK*"), in which the Supreme Court ruled that pharmaceutical sales representatives are exempt from overtime under the Fair Labor Standards Act's outside sales exemption. In light of *GSK*, this case has been dismissed. For that reason, if you previously returned a Consent to Join form that was filed with the Court, your claims are now dismissed. If you did not return such a form, please be advised that there is no longer any opportunity to participate in that action.